UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| W.H., et al.,                    Plaintiffs    v.    DISTRICT OF COLUMBIA,                    Defendant. | :<br>:<br>:<br>:   Civ. Action No. 07-435(JR)<br>:<br>:<br>: |

## NOTICE OF APPEARANCE

Pursuant to Rule 83.6 of the Local Rules, I hereby enter my appearance as lead attorney for the District of Columbia in the above captioned case.

      Respectfully submitted,

LINDA SINGER
Acting Attorney General for the
District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

*/s/ Edward P. Taptich*_____
EDWARD P. TAPTICH (012914)
Section Chief
Equity Section Two

                                        */s/ Veronica A. Porter*_____  
                                        VERONICA A. PORTER (412273)  
                                        Assistant Attorney General  
                                        Civil Litigation Division  
                                        Equity Section Two  
                                        441 Fourth Street, N.W., Sixth Floor South  
                                        Washington, D.C.  20001  
                                        (202) 724-6651 (phone)  
                                        (202) 727-3625 (facsimile)  
                                        veronica2.porter@dc.gov

**March 7, 2007**