UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **W.H., et al.,** : | |
| : | |
| **Plaintiffs** : | |
| : | |
| v. : | Civ. Action No. 07-435(PLF) |
| : | |
| **DISTRICT OF COLUMBIA,** : | |
| : | |
| **Defendant.** : | |

## DEFENDANT'S CONSENT MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

Defendant, District of Columbia, respectfully moves this Court, pursuant to Fed. R. Civ. P. 6(b)(1), for an extension of time from March 19, 2007, to and including March 22, 2007, within which to file an opposition to Plaintiffs' motion for preliminary injunction.

An administrative due process hearing was held in this matter on March 13, 2007. Undersigned counsel believes that the Hearing Officer's Determination ("HOD") will render this case moot. The HOD is expected to issue on or before March 19, 2007.

Undersigned counsel has conferred with Plaintiffs' counsel regarding the relief sought by this motion. Plaintiffs' counsel has consented to the relief requested.

Based upon the foregoing, Defendant, District of Columbia, respectfully request that this motion be granted and that its time to file its opposition be extended to and including March 22, 2007.

    Respectfully submitted,

LINDA SINGER
Acting Attorney General for the
District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

*/s/ Edward P. Taptich*_____
EDWARD P. TAPTICH (012914)
Section Chief
Equity Section Two

*/s/ Veronica A. Porter*_____
VERONICA A. PORTER (412273)
Assistant Attorney General
Civil Litigation Division
Equity Section Two
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C.  20001
(202) 724-6651 (phone)
(202) 727-3625 (facsimile)
veronica2.porter@dc.gov

**March 15, 2007**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME TO FILE AN OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

1. Fed. R. Civ. P. 6(b)(1).

2. The inherent authority of this Court.

Respectfully submitted,

LINDA SINGER
Acting Attorney General for the
District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

*/s/ Edward P. Taptich*_____
EDWARD P. TAPTICH (012914)
Section Chief
Equity Section Two

*/s/ Veronica A. Porter*_____
VERONICA A. PORTER (412273)
Assistant Attorney General
Civil Litigation Division
Equity Section Two
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
(202) 724-6651 (phone)
(202) 727-3625 (facsimile)
veronica2.porter@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **W.H., et al.,** : | |
| **Plaintiffs** : | |
| v. : | Civ. Action No. 07-435(PLF) |
| **DISTRICT OF COLUMBIA,** : | |
| **Defendant.** : | |

### **ORDER**

Upon consideration of Defendant's Consent Motion for Extension of Time to File an Opposition to Plaintiffs' Motion for Preliminary Injunction, the memorandum of points and authorities in support thereof, and the entire record herein, it is this _____ day of _____, 2007,

**ORDERED** that the motion be, and the same hereby is, **GRANTED**; and it is

**FURTHER ORDERED** that Defendant may file an opposition on or before March 22, 2007.

_____
UNITED STATES DISTRICT JUDGE

4