**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|   |   |
|---|---|
| W.H., et al.,                              ) | |
|                                             ) | |
|     Plaintiffs,         ) | |
|                                             ) | |
|     v.                  ) | Civ. No. 07-0435 (PLF) |
|                                             ) | |
| DISTRICT OF COLUMBIA, et al.,               ) | |
|                                             ) | |
|     Defendant.          ) | |

### DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Pursuant to Fed. R. Civ. Pro. 7(b)(1), Defendant, by counsel, respectfully moves the Court to dismiss Plaintiffs' Complaint filed herein March 6, 2007, for mootness.

### BACKGROUND

On March 6, 2007, Plaintiffs filed a Motion for Temporary Restraining Order, Motion for Preliminary Injunction and Complaint. In each pleading Plaintiffs requested that the Court order the District of Columbia Public Schools ("DCPS") to place and fund the student, W.H., at the Kingsbury Day School. A hearing on the Motion for Temporary Restraining Order was held before U.S. District Judge James Robertson on March 6, 2007. Judge Robertson denied the motion, and scheduled a hearing on the Motion for Preliminary Injunction for March 23, 2007.

At the request of Plaintiffs, an administrative due process hearing was held on March 13, 2007, concerning W.H.'s educational placement. As a result of that hearing, the Hearing Officer issued a determination, ordering DCPS to immediately place and

fund W.H. at the Kingsbury Day School for the remainder of the 2006-2007 school year. *See Exhibit 1*.   DCPS does not intend to appeal that ruling.

## ARGUMENT

Since the Hearing Officer ordered DCPS to place and fund W.H. at the Kingsbury Day School—the same relief Plaintiffs are seeking in their Complaint—there are no viable issues before the Court.  According, Plaintiffs' Complaint must be dismissed.

       Respectfully submitted,

       LINDA SINGER
       Acting Attorney General for the
         District of Columbia

       GEORGE C. VALENTINE
       Deputy Attorney General
       Civil Litigation Division

       */s/ Edward P. Taptich*_____
       EDWARD P. TAPTICH (012914)
       Section Chief
       Equity Section Two

       */s/ Veronica A. Porter*_____
       VERONICA A. PORTER (412273)
       Assistant Attorney General
       Civil Litigation Division
       Equity Section Two
       441 Fourth Street, N.W., Sixth Floor South
       Washington, D.C.  20001
       (202) 724-6651 (phone)
       (202) 727-3625 (facsimile)
       veronica2.porter@dc.gov

**March 19, 2007**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| W.H., et al., | ) |
|       Plaintiffs, | ) |
|       v. | ) Civ. No. 07-0435 (PLF) |
| DISTRICT OF COLUMBIA, et al., | ) |
|       Defendant. | ) |

**ORDER**

Upon consideration of Defendant's Motion to Dismiss Plaintiff's Complaint, and the entire record herein, it is by the Court this _____ day of _____, 2007,

**ORDERED**: That Defendant's Motion is GRANTED; and it is

**FURTHER ORDERED**: That Plaintiff's Complaint is DISMISSED with prejudice.

.

_____
UNITED STATES DISTRICT COURT JUDGE

# DISTRICT OF COLUMBIA PUBLIC SCHOOLS
## *State Enforcement and Investigation Division*
### CONFIDENTIAL
### Coles B. Ruff, Jr., Due Process Hearing Officer

| | |
|---|---|
| In the Matter of William Haislmaier )<br>Date of Birth: November 23, 1998 )<br>("Student") )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>District of Columbia Public Schools )<br>("DCPS" or "District") )<br>School: Non-Attending )<br>Respondent. ) | IMPARTIAL DUE PROCESS<br><br>HEARING OFFICER'S DECISION<br>on Expedited Hearing Request<br>Hearing Date: March 13, 2007<br><br>Held at: 825 North Capitol St. NE<br>Washington, DC |

Counsel for Student:          Michael J. Eig, Esq.
                              5454 Wisconsin Ave. #760
                              Chevy Chase, Maryland 20815

Counsel for DCPS:             Quinne Harris Lindsey, Esq.
                              Office of General Counsel
                              825 North Capitol St. NE
                              Washington, DC 20002

**INTRODUCTION:**

A Due Process Hearing was convened on December 13, 2006, and concluded January 22, 2007, at the headquarters of the District of Columbia Public Schools, 825 North Capitol Street, NE, Washington, DC 20002, in response to a due process complaint submitted by counsel for the student and parent filed August 21, 2006. A Hearing Officer's Determination (HOD) was issued in this matter February 5, 2007. The HOD directed DCPS to convene a placement meeting within a time certain. If DCPS did not timely comply with that directive the petitioner was allowed to request an expedited hearing. The petitioner requested the expedited hearing which was convened March 6, 2006. As a result of the representations made at the March 6, 2006, hearing that DCPS had not complied with the HOD, the Hearing Officer grants relief to the petitioner in the Order below.

**ORDER:**

DCPS shall immediately place and fund the student Kingsbury Day School for the remainder of school year 2006-07.

1

**APPEAL PROCESS:**

This is the final administrative decision in this matter. Appeals on legal grounds may be made to a court of competent jurisdiction within 90 days of the rendering of this decision.

_____
Coles B. Ruff, Esq.
Hearing Officer
Date: March 15, 2007


Issued: ___3/15/07___

TRANSMISSION VERIFICATION REPORT

```
TIME  : 03/15/2007 15:19
NAME  :
FAX   :
TEL   :
SER.# : BROE6J471573
```

```
DATE,TIME       03/15 15:19
FAX NO./NAME    93016573843
DURATION        00:00:25
PAGE(S)         03
RESULT          OK
MODE            STANDARD
                ECM
```

# District of Columbia Public Schools
## *State Enforcement & Investigation Division*
### STUDENT HEARING OFFICE
825 North Capitol Street, N.E.
8TH Floor
Washington, D.C. 20002
FAX: (202) 442-5556



## FACSIMILE SHEET

Date: 3/15/07

TO: Michael Eig, Esq.

FROM: STUDENT HEARING OFFICE

RE: Wm. Haislmaier

TOTAL NUMBER OF PAGES, INCLUDING COVER: 3 pages

COMMENTS: