IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| W.H., *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>    Defendants. | Civil Action No. 07-0435 (PLF) |

## STIPULATION OF DISMISSAL

Pursuant to FED. R.CIV.P. 41(a)(2), the parties hereby respectfully request that the Clerk of the Court dismiss the above-captioned action, as the matter has been resolved.

Respectfully submitted,

| /s/ | /s/ |
|---|---|
| Michael J. Eig       #912733 | Veronica A. Porter    #412273 |
| Michael J. Eig and Associates, P.C. | Assistant Attorney General |
| 5454 Wisconsin Avenue | Civil Litigation Division |
| Suite 760 | Equity Section Two |
| Chevy Chase, Maryland 20815 | 441 Fourth Street, N.W., 6th Floor |
| (301) 657-1740 | Washington, D.C. 20001 |
| Counsel for Plaintiffs | (202) 724-6651 |
| | Counsel for the Defendants |

APPROVED:

_____     _____
                                                                          Date

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 19, 2007, a copy of the foregoing Stipulation of Dismissal was sent, via facsimile and postage prepaid first-class mail, to Veronica A. Porter, Esq., counsel for the defendants.

_____
Michael J. Eig